CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 08 2021

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
     DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | |
|---|---|
| DAVID WAYNE COVINGTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. 4:20-cv-00073 |
| v. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

## JUDGMENT ORDER

**AND NOW**, this 7th day of July, 2021, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), **IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

Michael F. Urbanski
Chief U.S. District Judge
2021.07.07 16:42:32
-04'00'

_____
Michael F. Urbanski
Chief United States District Judge